■ In the Matter of RALPH TORO, Petitioner, v THOMAS COUGHLIN, III, as Commissioner of the Department of Correctional Services, et al., Respondents. [619 NYS2d 597] —Proceeding pursuant to CPLR article 78 to review a determination of the Commissioner of the New York State Department of Correctional Services, dated November 26, 1991, which affirmed a determination of a Hearing Officer dated September 16, 1991, after a Tier III superintendent's hearing, finding the peti-

tioner guilty of violations of institutional rules and imposing penalties.

Adjudged that the determination is confirmed and the proceeding is dismissed, without costs or disbursements *(see, Matter of Mays v Coughlin,* 205 AD2d 633; *see also, Matter of Linz v Sullivan,* 150 AD2d 690, 692). Mangano, P. J., Thompson, Sullivan and Miller, JJ., concur.